An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

COUNTY OF CLARK,
                   Appellant,
          vs.
ANTHONY & JOANN FANTICOLA
FAMILY, LP; AND LAGUNA NINE,
LLC, A NEVADA LIMITED LIABILITY
COMPANY,
                Respondents.

No. 67638

**FILED**

SEP 2 8 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY: _____ DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: *Matt Pinlin*

cc:   Hon. Nancy L. Allf, District Judge
       Eleissa C. Lavelle, Settlement Judge
       Sylvester & Polednak, Ltd.
       Laura FitzSimmons
       Law Offices of Brian C. Padgett
       Leach Johnson Song & Gruchow
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-29363